UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICKY OLIVER,
    Plaintiff,

vs.                                                        Case No.:  1:25-cv-48-MCR-ZCB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on May 6, 2025. ECF No. 16. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted. Dismissal without prejudice for a plaintiff's failure to accurately disclose his litigation history is an "appropriate exercise of a district court's inherent authority to manage its docket and enforce the local rules." *McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025). Further, in dismissing a case without prejudice based

on a plaintiff's misstatement of his litigation history, a court has the inherent ability to do so even in absence of a finding that the plaintiff's misstatement was malicious. *See Wromas v. Barker*, Case No. 3:25cv891-MW/ZCB, 2025 WL 1953112 (N.D. Fla. July 16, 2025).

   Accordingly, it is **ORDERED**:

   1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this order.

   2. This case is **DISMISSED without prejudice** as a malicious abuse of the judicial process under 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1).

   3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

   **DONE AND ORDERED** this 3rd day of December 2025.

         *M. Casey Rodgers*
         **M. CASEY RODGERS**
         **UNITED STATES DISTRICT JUDGE**